

JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA - SOUTHERN DIVISION

| | |
|---|---|
| JEANINE MERCER,<br><br>Plaintiff,<br><br>vs.<br><br>FIDELITY AND GUARANTY LIFE INSURANCE COMPANY,<br><br>Defendant. | Case No: SACV10-01484 AG(MLGx)<br><br>**ORDER DISMISSING ENTIRE ACTION WITH PREJUDICE** |

# O R D E R

The parties having stipulated that this matter has been resolved in its entirety and each side to bear their own attorneys fees and costs, this matter is hereby dismissed with prejudice.

**IT IS SO ORDERED.**

Dated: September 07, 2011

_____
Honorable Andrew J. Guilford
UNITED STATES DISTRICT JUDGE

- 1 -
ORDER DISMISSING ENTIRE ACTION WITH PREJUDICE